CINCINNATI, I. & W. RY. CO. v. EQUITABLE TRUST CO. OF NEW YORK et al. (Circuit Court of Appeals, Sixth Circuit. February 14, 1917.) No. 2913. Appeal from the District Court of the United States for the Southern District of Ohio; Howard C. Hollister, Judge. Morrison R. Waite,

*Rehearing denied April 28, 1917.

of Cincinnati, Ohio, for appellant. George H. Warrington and Murray Seasongood, both of Cincinnati, Ohio, for appellees. Order dismissing appeal pursuant to motion filed.